**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JOYSEL MATEO,<br><br>Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) | Criminal No. 25-cr-10161-ADB |

**DISMISSAL OF INDICTMENT**

Pursuant to Fed. R. Crim. P. 48(a), the United States Attorney for the District of Massachusetts hereby dismisses the indictment filed on April 30, 2025, which charges the defendant JOYSEL MATEO with Money Laundering Conspiracy, in violation of 18 U.S.C. § 1956(h) (Count One); Possession with Intent to Distribute 100 Grams or More of Valeryl Fentanyl, 400 Grams or More of Fentanyl, 100 Grams or More of Heroin, and Cocaine, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(vi), and (b)(1)(B)(i) (Count Two); and Possession of a Firearm in Furtherance of a Drug Trafficking Crime, in violation of 18 U.S.C. § 924(c)(1)(A)(i) (Count Three). In support of this dismissal, the government states that JOYSEL MATEO passed away on August 28, 2026, and the dismissal is in the interests of justice.

Respectfully submitted,

October 16, 2026

*/s/ Leah B. Foley*
LEAH B. FOLEY
United States Attorney

*/s/ John O. Wray*
John O. Wray
Assistant U.S. Attorney

Leave to File Granted:

________________________
Hon. Allison D. Burroughs
United States District Judge

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document filed through the ECF system will be sent electronically to registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: October 16, 2026

*/s/ John O. Wray*
John O. Wray
Assistant U.S. Attorney